**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL JONES, ) | NO. 1:12-cv-01242 GSA PC |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO RETURN CONSENT FORM TO THE COURT |
| v. ) | |
| ) | |
| C/O McQUEEN, et al., ) | FORM DUE IN TWENTY DAYS |
| ) | |
| Defendants. ) | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. By order filed July 31, 2012, the Court issued an informational order regarding the litigation of this case. Plaintiff was also sent a form for consent or decline of magistrate judge jurisdiction. Plaintiff was directed to return the form to the Court within thirty days. Plaintiff has failed to do so.

    Plaintiff is advised the any failure to comply with a court order could result in dismissal of this action for failure to obey a court order pursuant to Local Rule 110. The Court will send to Plaintiff a form for consent or decline of magistrate judge jurisdiction. Plaintiff is directed to return the completed form to the court within twenty days. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to Plaintiff a form for consent or decline of magistrate judge jurisdiction.

2. Plaintiff is directed to return the completed form to the Court within twenty days of the date of service of this order. Failure to do so will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **December 13, 2012**              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE